**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1029**

LARRY LAMONT BUSH,

Plaintiff - Appellant,

versus

BENNET AND NATHANS, L.L.P., a/k/a Nathans and
Biddle, L.L.P., a/k/a Bennett and Laylor,
L.L.P.; FRED W. BENNETT, attorney,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-04-
3710-AMD)

Submitted: March 28, 2005          Decided: April 21, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Lamont Bush, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Lamont Bush appeals the district court's order dismissing this breach of contract action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bush v. Bennet & Nathans, L.L.P., No. CA-04-3710-AMD (D. Md. filed Nov. 29, 2004; entered Nov. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED